# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRANDON SAGO, R59245,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil No. 20-cv-00770-JPG |
| | ) |
| **WEXFORD, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On August 7, 2020, this case was opened without the payment of a filing fee or the filing of a motion for leave to proceed in district court without prepaying fees or costs ("IFP motion"). On the same date, the Court entered a Notice and Order advising Plaintiff of his obligation to pay the filing fee of $400.00 or to file an IFP motion within thirty (30) days. (Doc. 2). He was provided with a blank IFP motion. Plaintiff was also warned that failure to comply with the Court's Order would result in dismissal of the action. *Id*.

To date, Plaintiff has failed to pay the filing fee or file an IFP motion. He has not requested an extension of the deadline for doing the same. In fact, the Court has received no communication from him since the date he filed his Complaint. Therefore, this action is **DISMISSED** without prejudice for Plaintiff's failure to comply with an Order of this Court and failure to prosecute his claims. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED:  September 14, 2020**     s/J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    U.S. District Judge